*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

Submitted August 5, affirmed September 14, petition for review denied December 15, 2022 (370 Or 602)

Shawn Andrew CRABTREE,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A177151

Shawn Andrew Crabtree filed the briefs *pro se*.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Erica L. Herb, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

PER CURIAM

Affirmed. *State v. Haynes*, 168 Or App 565, 7 P3d 623, *rev den*, 331 Or 283 (2000).